UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CINDY LAROSA, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC; <br> and DOE 1-5 <br><br> Defendants. | Civil Action No. 4:14-cv-10010-JLK |

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that plaintiff Cindy LaRosa and defendant Portfolio Recovery Associates, LLC have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by May 28, 2014, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: April 28, 2014

s/Brooke Terpening
BROOKE TERPENING, ESQ.
Attorney for Plaintiff CINDY LAROSA
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 130
B.Terpening@centenniallawoffices.com

## CERTIFICATE OF SERVICE

I certify that on this date, April 28, 2014, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

Portfolio Recovery Associates
120 Corporate Boulevard
Norfolk, VA 23502

                                                s/Brooke Terpening
BROOKE TERPENING, ESQ.
Attorney for Plaintiff CINDY LAROSA
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 130
B.Terpening@centenniallawoffices.com