UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-10010-CIV-KING

CINDY LAROSA,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC, DOE 1-5,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Plaintiff's Notice of Settlement (D.E. #5) filed April 28, 2014. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED**.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3     The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of May, 2014.

                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE

cc:
***Counsel for Plaintiff:***
**Brooke E. Terpening**
Brooke Terpening, P.A.
100 N. Biscayne Blvd. Suite 3070
Miami, FL 33132
Email: rtsbet@aol.com

***Counsel for Defendant:***

Portfolio Recovery Associates, LLC

120 Corporate Boulevard

Norfolk, Virginia 23502-0000